United States Bankruptcy Court
District of Arizona

In re:  Case No. 24-04788-BKM
JOAQUIN URIARTE  Chapter 13
JENNIFER CAMERINO URIARTE
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 4
Date Rcvd: Feb 04, 2025     Form ID: pdf001     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | JOAQUIN URIARTE, JENNIFER CAMERINO URIARTE, 17525 W DALEA DR, GOODYEAR, AZ 85338-5869 |
| 17306035 | + | AMR Arizona, PO Box 847102, Dallas TX 75284-7102 |
| 17306037 | + | Banner Health, PO Box 42008, Phoenix AZ 85080-2008 |
| 17306052 | #+ | Joaquin Uriarte Jr, 17525 W Dalea Dr, Goodyear AZ 85338-5869 |
| 17306056 | + | Mom Doc, PO Box 6730, Chandler AZ 85246-6730 |
| 17306059 | + | Napa & Associates LLC, PO Box 333, Knoxville IL 61448-0333 |
| 17306060 | + | National Vision, Inc, C/O America's Best, PO Box 934802, Atlanta GA 31193-4802 |
| 17306063 | + | Rocio Estrada, c/o Sargon Law Group, 4105 N 20th St, Ste 260, Phoenix AZ 85016-6041 |
| 17306074 | + | The Center for Orthopedic and Research E, PO Box 29708, Belfast ME 04915-2049 |
| 17306078 | + | Valley Anesthesiology Consultants Inc., PO Box 740557, Dept. 10016, Los Angeles CA 90074-0557 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Feb 05 2025 01:11:00 | Onslow Bay Financial LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES 30076-2102 |
| 17306033 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 05 2025 01:12:00 | 5/3 Bancorp, Attn Bankruptcy, 38 Fountain Square Plaza, Cincinnati OH 45263-0001 |
| 17306034 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 05 2025 01:30:24 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 17474634 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 01:30:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17451822 | + | Email/Text: ah_bankruptcy@meduitrcm.com | Feb 05 2025 01:11:00 | BANNER HEALTH, C/O H AND R ACCOUNTS INC, PO BOX 672, MOLINE, IL 61266-0672 |
| 17306036 | + | Email/Text: PBMBadDebt@bannerhealth.com | Feb 05 2025 01:11:00 | Banner Health, PO Box 741275, Los Angeles CA 90074-1275 |
| 17306038 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 05 2025 01:11:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington DE 19801-5014 |
| 17306039 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 05 2025 01:11:00 | Bk Of Amer, Attn: Bankruptcy, 100 North Tryon St, Charlotte NC 28255-0001 |
| 17306042 | + | Email/Text: BKPT@cfna.com | Feb 05 2025 01:11:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland OH 44181-0315 |
| 17306040 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2025 01:30:24 | Capital One, Attn: Bankruptcy, Po Box 30285, |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Salt Lake City UT 84130-0285 |
| 17399834 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2025 01:30:28 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 17306041 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2025 01:30:28 | Cbusasears, Attn: Bnakruptcy, Po Box790040, St Louis MO 63179-0040 |
| 17306044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2025 01:30:34 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis MO 63179-0040 |
| 17306045 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2025 01:30:25 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 17462358 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2025 01:30:28 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 17306046 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2025 01:30:28 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 17306047 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2025 01:30:35 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 17306048 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2025 01:11:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17306049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2025 01:30:25 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls SD 57117-6500 |
| 17354368 | | Email/Text: bncmail@w-legal.com | Feb 05 2025 01:11:00 | Dividend Finance, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101 |
| 17306054 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2025 01:30:30 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls SD 57104 |
| 17306050 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 05 2025 01:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia PA 19176-0379 |
| 17306051 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 05 2025 01:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 17306043 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 05 2025 01:19:20 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington DE 19850 |
| 17477656 | + | Email/Text: RASEBN@raslg.com | Feb 05 2025 01:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 17306053 | | Email/Text: govtaudits@labcorp.com | Feb 05 2025 01:11:00 | Laboratory Corporation of America, PO Box 2240, Burlington NC 27216 |
| 17477864 | | Email/Text: bankruptcy@bbandt.com | Feb 05 2025 01:11:00 | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 17306055 | | Email/Text: EBN@Mohela.com | Feb 05 2025 01:11:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield MO 63005 |
| 17538891 | | Email/Text: EBN@Mohela.com | Feb 05 2025 01:11:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 17306057 | + | Email/Text: jlothrop@macu.com | Feb 05 2025 01:11:00 | Mountain America Credit Union, Attn: Bankruptcy, 9800 S Monroe St, Sandy UT 84070-4419 |
| 17306058 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 05 2025 01:11:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas TX 75261-9098 |
| 17306061 | + | Email/Text: bnc@nordstrom.com | Feb 05 2025 01:11:41 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood CO 80155-6555 |
| 17479957 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 05 2025 01:11:00 | Onslow Bay Financial, LLC, C/O Nationstar Mortgage, LLC, Attn: BK Dept, P.O. Box 619096, Dallas, TX 75261-9096 |
| 17306062 | + | Email/Text: ngisupport@radiusgs.com | Feb 05 2025 01:11:00 | Radius Global Solutions LLC, PO Box 390915, Minneapolis MN 55439-0911 |
| 17474617 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 01:30:28 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17306064 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Feb 05 2025 01:12:00 | SchoolsFirst FCU, Attn: Bankruptcy, Po Box 11547, Santa Ana CA 92711-1547 |
| 17306065 | ^ | MEBN | Feb 05 2025 01:08:32 | Sonora Quest Lab, PO Box 52880, Phoenix AZ 85072-2880 |
| 17306066 | ^ | MEBN | Feb 05 2025 01:08:34 | Sonora Quest Laboratories, PO Box 52880, Phoenix AZ 85072-2880 |
| 17306067 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2025 01:19:19 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17306068 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2025 01:30:29 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17306069 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2025 01:19:47 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17306070 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2025 01:19:19 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17306071 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2025 01:20:09 | Synchrony Bank/Marta-generic, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17306072 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2025 01:30:34 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17306073 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2025 01:19:21 | Synchrony/Sam Ash Music, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17306075 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 05 2025 01:12:00 | Transworld Systems Inc. Collection Agenc, PO Box 17221, Wilmington DE 19850-7221 |
| 17306077 | + | Email/Text: bankruptcy@bbandt.com | Feb 05 2025 01:11:00 | Truist Bank, Attn: Bankruptcy, 200 Pine St W, Wilson NC 27893-3288 |
| 17306076 | + | Email/Text: bankruptcy@bbandt.com | Feb 05 2025 01:11:00 | Truist Bank, Mail Code VA-RVW-6290 POB 85092, Richmond VA 23286-0001 |
| 17306079 | + | Email/Text: bk.notices@vantagewest.org | Feb 05 2025 01:11:00 | Vantage West Credit Union, Attn: Bankruptcy, Po Box 15115, Tucson AZ 85708-0115 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Onslow Bay Financial LLC |
| 17519409 | *+ | Onslow Bay Financial LLC, c/o Nationstar Mortgage LLC, Attn: BK Dept, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINA MARIE HARPER | on behalf of Creditor Onslow Bay Financial LLC christina.harper@mtglawfirm.com |
| RUSSELL BROWN | on behalf of Trustee RUSSELL BROWN ecfmailclient@ch13bk.com |
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| THOMAS ADAMS MCAVITY | on behalf of Joint Debtor JENNIFER CAMERINO URIARTE documents@phxfreshstart.com  tom@phxfreshstart.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor JOAQUIN URIARTE documents@phxfreshstart.com  tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 6

ORDERED ACCORDINGLY.

Dated: February 4, 2025



Brenda K. Martin, Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re

JOAQUIN URIARTE,

JENNIFER CAMERINO URIARTE,

Debtors.

CHAPTER 13

CASE NO. 2-24-BK-04788-BKM

**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN**

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|--------|--------|
| 1-3    | $990.00 |
| 4-60   | $1,000.00 |

The payments are due on or before the 14th day of each month commencing July 14, 2024. Debtors are advised that when payments are remitted late, additional interest may accrue

- 1 -

In re Uriarte
Case No. 2-24-BK-04788-BKM

on secured debts which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

Within 14 days of filing them, the Debtors will provide a copy of the 2023 through 2028 federal and state income tax returns to their attorney, who is to provide the returns to the Trustee through www.bkdocs.us.

(2) Other Property. In the event that other property is submitted, it shall be treated as supplemental payments.

**(B) DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

**(C) CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) <u>Administrative expenses:</u>

<u>Attorney Fees.</u> Tom McAvity, shall be allowed total compensation of $4,500.00. Counsel received $0.00 prior to filing this case and will be paid $4,500.00 by the Chapter 13 Trustee.

(2) <u>Claims Secured by Real Property:</u>

(a) Nationstar Mortgage LLC, secured by a first deed of trust in the Debtor residence located at 17525 W. Dalea Dr., Goodyear, AZ 85338, shall be paid $3,876.77 for pre-petition mortgage arrears with 0% interest. Regular post-petition payments,

- 2 -

In re Uriarte
Case No. 2-24-BK-04788-BKM

including all post-petition mortgage fees, expenses and charges, shall be paid directly by Debtors to the secured creditor.

(3) <u>Claims Secured by Personal Property:</u>

  (a) Vantage West Credit Union, secured by a lien in a 2023 Nissan Sentra, shall be paid a secured claim of $29,773.78 with 9.50% interest. The creditor will receive adequate protection payments of $325.00 per month. The balance of the debt shall be classified as unsecured.

(4) <u>Unsecured Priority Claims:</u>

  (a) None.

(5) <u>Surrendered Property</u>:
Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

  (a) None.

(6) <u>Other Provisions</u>:
  (a) Co-Debtor, Joaquin Uriarte, Jr, will make all payments to SchoolsFirst FCU for the 2013 Subaru BRZ. The Trustee shall make no distribution to such creditor.

  (b) The plan will not be deemed complete and the Debtors granted a discharge until the plan pays a minimum of $4,669.79 to unsecured, nonpriority creditors.

(7) <u>Unsecured Nonpriority Claims.</u> Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance

- 3 -

In re Uriarte
Case No. 2-24-BK-04788-BKM

remaining unpaid upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:

Rachel Flinn
2025.01.29
13:31:14 -07'00'

_____
Russell Brown, Trustee


_____
Tom McAvity
Attorney for Debtors

- 4 -

In re Uriarte
Case No. 2-24-BK-04788-BKM

The Debtors certify: All required State and Federal Income tax returns have been filed No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

_____
JOAQUIN URIARTE, Debtor

_____
JENNIFER CAMERINO URIARTE, Debtor

- 5 -

In re Uriarte
Case No. 2-24-BK-04788-BKM